Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
7827 Westminster Boulevard
Westminster, CA 92683
(714) 901-1222
(714) 901-1220 (F)
simaaghai@msn.com

Attorney for Plaintiff TATIA LOUANN INGRAM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIA LOUANN INGRAM | CASE NO. 2:17-CV-655 SS |
| Plaintiff | |
| v. | ORDER DISMISSING ACTION WITH PREJUDICE |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the stipulation of the parties, this action is dismissed with prejudice, each side to bear their own costs and attorneys' fees.

DATED: 11/28/17                              /S/
                                             HON. SUZANNE H. SEGAL
                                             UNITED STATES MAGISTRATE JUDGE

Order For Dismissal
1